Maria Teresa GOMEZ–HERNANDEZ,
a.k.a. Teresa Hernandez; et al.,
Petitioners,

v.

Michael B. MUKASEY, Attorney
General, Respondent.

No. 08–70251.

United States Court of Appeals,
Ninth Circuit.

Submitted May 12, 2008.*

Filed May 16, 2008.

Maria Teresa Gomez–Hernandez, Santa
Paula, CA, pro se.

Zayra Nereyda Hernandez–Gomez, San-
ta Paula, CA, pro se.

Francisco Javier Hernandez–Gomez,
Santa Paula, CA, pro se.

Terri Leon–Benner, Shelley R. Goad,
U.S. Department of Justice, Civil Div./Of-
fice of Immigration Lit., Washington, DC,
CAC–District Counsel, Office of the Dis-
trict Counsel, Department of Homeland
Security, Los Angeles, CA, Ronald E. Le-
fevre, Office of the District Counsel, De-
partment of Homeland Security, San Fran-
cisco, CA, for Respondent.

Before: KOZINSKI, Chief Judge,
THOMAS and CALLAHAN, Circuit
Judges.

MEMORANDUM **

This is a petition for review of the Board
of Immigration Appeals' ("BIA") order
adopting and affirming an Immigration
Judge's order denying petitioners' applica-
tion for cancellation of removal. We have
reviewed petitioners' response to the
court's February 12, 2008 order to show
cause, respondent's motion for summary
disposition and the record.

Although in their response to the order
to show cause, lead petitioners Maria
Teresa Gomez–Hernandez and Francisco
Javier Hernandez–Sotelo claim that they
are the parents of an adult permanent
resident daughter, and argue that this
court has jurisdiction over the question of
whether their adult daughter is a qualify-
ing relative, a review of the administrative
record reveals that petitioners did not
raise that issue before either the Immigra-
tion Judge or the BIA. We lack jurisdic-
tion to consider unexhausted claims that
could have been corrected by the Board of
Immigration Appeals. *See* 8 U.S.C.
§ 1252(d)(1); *Barron v. Ashcroft,* 358 F.3d
674, 678 (9th Cir.2004).

Moreover, none of the four petitioners
presented any evidence, either before the
Immigration Judge or on appeal before the
BIA, that they had a qualifying relative for
purposes of cancellation of removal as de-
fined in 8 U.S.C. § 1229b(b)(1)(D). *See
Molina–Estrada v. INS,* 293 F.3d 1089,
1093–94 (9th Cir.2002). The BIA there-
fore correctly concluded that, as a matter
of law, petitioners were ineligible for can-
cellation of removal. Accordingly, respon-
dent's motion for summary disposition is
granted because the questions raised by
this petition for review are so insubstantial
as not to require further argument. *See
United States v. Hooton,* 693 F.2d 857, 858
(9th Cir.1982) (per curiam).

---

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.

All other pending motions are denied as moot. The temporary stay of removal and voluntary departure confirmed by Ninth Circuit General Order 6.4(c) and *Desta v. Ashcroft*, 365 F.3d 741 (9th Cir.2004), shall continue in effect until issuance of the mandate.

**PETITION FOR REVIEW DENIED, in part, DISMISSED, in part.**

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

